516 A.2d 1379

**Edward N. KURLAND, Esq., Executor of the Estate of Allen Cohen, etc.**

**v.**

**Leonard STOLKER, Individually and t/a Lombard Mews Co., etc., Petitioner.**

Supreme Court of Pennsylvania.

Oct. 30, 1986.

Petition for Allowance of Appeal GRANTED, No. 135 E.D. Appeal Docket 1986.